**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2821-WJM

TERESA J. BARRIOS

      Plaintiff,

v.

JUNIPER RIDGE COMMUNITY SCHOOL,
PATRICK EBEL, in his official capacity as principal of Juniper Ridge Community School,
DONALD SAMSON, in his official capacity as Director of Academics at Juniper Ridge Community School,
BARACK OBAMA, President, in is official capacity as Commander in Chief,
MICHAEL E. HOROWITZ, in his official capacity as Inspector General,
JAMES R. CLAPPER, in his official capacity as director of the Intelligence Community,
JAMES COMEY, in his official capacity as director of the Federal Bureau of Investigation,
JOHN O. BRENNAN, as director of the Central Intelligence Agency, Agents S, M, C, J, and IC agents 1-99 in their individual and official capacities,
KEITH B. ALEXANDER, General, in his official capacity as director of the National Security Agency,
ERIC HOLDER, in his official capacity as Attorney General,
WILLAMETTE UNIVERSITY COLLEGE OF LAW, in Salem, Oregon,
CURTIS BRIDGEMAN, in his official capacity as Dean of Willamette University,
GWYNNE SKINNER, in her official capacity as Professor of Law at Willamette, University, and
SYLVIA STEVENS, in her official capacity as executive director at the Oregon State Bar,

      Defendant.

---

**ORDER GRANTING MOTION TO WITHDRAW LAWSUIT**

---

      This matter comes before the Court on the Plaintiff's Motion to Withdraw Lawsuit (ECF No. 45), which the Court has construed as a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2). On February 27, 2015 Defendants filed a Response to the Motion (ECF No. 50). The Court having reviewed the Motion as well as the Response, and being fully advised, hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED. The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE. Each party shall pay her, his or its own attorney's fees and costs.

Dated this 27th day of February, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge